

O

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No.: 18-02711M
                                 )
            Plaintiff,           )
                                 )
      vs.                        )   ORDER OF DETENTION AFTER HEARING
                                 )   [Fed. R. Crim. P. 32.1(a)(6);
Jasmine Mayen                    )   18 U.S.C. § 3143(a)]
                                 )
            Defendant.           )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist./Calif for alleged violation(s) of the terms and conditions of his/(her) [probation] [(supervised release)]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. (✓) The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _discrepancies concerning living situation, no_

_Known bail resources, ongoing substance abuse, DMV failure to appears, strong family ties to Mexico and recent travel there, stopped attending mental-health counseling_

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/12/2018

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE